# United States District Court for the Northern District of Illinois

Case Number: `08CV2286`    Assigned/Issued By: `J. N.`

Judge Name:    Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☒ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

`6` Original and `6` copies on `4-22-08` as to `ALL DEFENDANTS`
                               (Date)

_____

_____