UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Luis Ricardo GUARIN-Perez, A.K.A.: | ) | |
| Jorge Rivera, Felipe Abril; | ) | |
| Pedro Medina; Jorge Popeye Rivera; | ) | |
| Carlos Gueva; John Gomez; | ) | |
| Luis Clement; Ramon G arcia; | ) | |
| Ricardo Colon; Juarin Perez | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Daniel J. SEDLOCK, Jr. Jail Aministrator, | ) | No.  08 C 2286 |
| McHenry County Detention Facility; | ) | |
| Deborah ACHIM, Field Director, | ) | |
| U.S. Immigration and Customs | ) | Judge Kennelly |
| Enforcement; | ) | |
| Julie L. MYERS, Assistant Secretary, | ) | |
| U.S. Immigration and Customs | ) | |
| Enforcement; | ) | |
| Michael CHERTOFF, Secretary, | ) | |
| U.S. Department of Homeland Security; | ) | |
| Michael MUKASEY, | ) | |
| Attorney General of the United States, | ) | |
| U.S. Department of Justice; | ) | |
| | ) | |
| Defendants | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:s/ Sheila M. Micnulty
    SHEILA M. McNULTY
    Specfial Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8788