## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2286 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Guarin-Perez vs. Sedlock | | |

**DOCKET ENTRY TEXT**

Petitioner has filed a motion for a temporary restraining order but has not noticed it for presentment in open court as required by Local Rule 5.3(b). Unless petitioner notices the motion to be presented in court no later than 5/13/08, the Court will strike the motion.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|