# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Luis Ricardo GUARIN-Perez | |
| Petitioner, | |
| | No. 08C 2286 |
| vs. | |
| | Imm. Case No. A 437 48 996 |
| Daniel J. SEDLOCK, Jr., | |
| Jail Administrator, | |
| McHenry County Jail, *et al.*, | Judge Kennelly |
| Respondents. | Magistrate Judge Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTE that on Wednesday, May 7, 2008 at 9:30 AM at the opening of Court or soon thereafter as counsel may be heard, I will appear before Judge Kennelly in Courtroom 2103 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MOTION FOR HEARING at which time and place you may appear, if you see fit.

Respectfully submitted,

S/ David Cook

David Cook
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
david@gemanimmigrationlaw.com