AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Luis Ricardo GUARIN-Perez,

Petitioner,

v.

Daniel J. SEDLOCK Jr.,

Respondents.

CASE NUMBER:

08CV2286
JUDGE KENNELLY
MAG. JUDGE COLE

TO: (Name and address of Defendant)

    Michael Mukasey, Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C., 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David Cook
    Kenneth Y. Geman and Associates
    33 N. LaSalle St., Ste. 2300
    Chicago, IL 60602
    (312) 263-6114 phone
    (312) 263-0104 fax

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 2 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: MAY 02 2008 |
| NAME OF SERVER (PRINT) David Cook | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via U.S. regular mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 02 2008
   Date          Signature of Server

David M. Cook
KENNETH Y. GEMAN & ASSOCIATES
Address of Server  33 North LaSalle Street, Suite 2300
Chicago, Illinois 60602

FILED
MAY 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.