## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Luis Ricardo Guarin–Perez
                                   Plaintiff,

v.                                                        Case No.: 1:08−cv−02286
                                                             Honorable Matthew F. Kennelly

Daniel J. Sedlock Jr., et al.
                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

       MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/17/2008 and continued to 8/14/2008 at 09:30 AM. Petitioner's attorney is ordered to appear. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.