**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Luis Ricardo GUARIN-Perez ] | |
| ] | |
| Petitioner, ] | |
| ] | No. 08C 2286 |
| vs. ] | |
| ] | Imm. Case No. A 437 48 996 |
| Daniel J. SEDLOCK, Jr., ] | |
| Jail Administrator, ] | |
| McHenry County Jail, *et al.*, ] | Judge Kennelly |
| ] | |
| Respondents. ] | |

**NOTICE OF MOTION**

PLEASE TAKE NOTE that on August 14, 2008 at 9:30 AM at the opening of Court or soon thereafter as counsel may be heard, I will appear before Judge Kennelly in Courtroom 2103 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present PETITIONER'S MOTION TO VOLUNTARILY DISMISS HIS PETITION FOR A WRIT OF HABEAS CORPUS at which time and place you may appear, if you see fit.

Respectfully submitted,

s/ David Cook

David Cook
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
david@gemanimmigrationlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the PETITIONER'S MOTION TO VOLUNTARILY DISMISS HIS PETITION FOR A WRIT OF HABEAS CORPUS was served pursuant to the District Court's ECF system as to ECF filers on June 18, 2008, to the following ECF filers, or by regular mail to any non-ECF filers at this address:

>Spec. AUSA Sheila McNulty
>219 South Dearborn Street
>5th Floor
>Chicago, Illinois 60604
>(312) 353-8788

/s/ David Cook
_____

DAVID COOK
Attorney for Luis Ricardo Guarin-Perez
Kenneth Y. Geman and Associates
33 N. LaSalle St., Ste. 2300
Chicago, IL 60602
(312) 263-6114 phone
(312) 263-0104 fax
david@gemanimmigrationlaw.com